UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22414-MC-O'SULLIVAN

IN THE MATTER OF THE EXTRADITION OF
TELMO RICARDO HURTADO HURTADO

_____/

**ORDER**

THIS MATTER came before the Court on the government's Complaint for extradition. See Complaint (DE# 1, 9/2/08). Having determined that the respondent is not entitled to dismiss the Complaint, it is

ORDERED AND ADJUDGED that this matter is set for an extradition hearing pursuant to 18 U.S.C. § 3184 before the undersigned on **Tuesday, May 5, 2009**, at **2:30 p.m.** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

DONE AND ORDERED, in Chambers, at Miami, Florida this **16th** day of April, 2009.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record