AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

TELMO HURTADO HURTADO

## EXHIBIT AND WITNESS LIST

Case Number: 08-22414-MC-UNA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JOHN J. O'SULLIVAN | WILLIAM WHITE | SABRINA VORA-PUGLISI |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| - | LARRY HERR | CHERLE GRIFFIN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1-7 | | 5/5/09 | X | | Government to maintain custody of these exhibits that are already a part of the record. |
| 8 | | 5/5/09 | X | X | Passport of Telmo Ricardo Hurtado Hurtado |
| 9 | | 5/5/09 | X | X | Nonimmigrant Visa Application of Telmo Ricardo Hurtado Hurtado |
| 10 | | 5/5/09 | X | X | Summary of Argument |
| | A | 5/5/09 | X | X | Pages 100-102 from GX-3 |
| | B | 5/5/09 | X | X | Pages 569-570 from GX-4 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages



REPUBLICA DEL PERU
REPUBLIC OF PERU

PASAPORTE / PASSPORT
No. 2489877

Expedido en / Issued in: LIMA

Nombre y firma del Funcionario
Name and signature of Official
I.M. VALENTIN AYQUIPA LUPU
Sub-Director de Pasaportes Nuevos
DIGEMIN

GOVERNMENT EXHIBIT
CASE NO. 08-22414-MC-JOS
EXHIBIT NO. 8

03

OBSERVACIONES / Observations

02
PASAPORTE



REPUBLICA DEL PERU

PASAPORTE No - PASSPORT No
2489877

APELLIDOS - SURNAMES
HURTADO HURTADO

NOMBRES - GIVEN NAMES
TELMO RICARDO

SEXO - SEX
M

NACIONALIDAD - NATIONALITY
PERUANA

DOCUMENTO DE IDENTIDAD No
41767766

LUGAR DE NACIMIENTO - PLACE OF BIRTH
CALLAO

FECHA DE NACIMIENTO - DATE OF BIRTH
12 JUL 1961

FECHA DE EMISION - DATE OF ISSUE
28 JUN 2002

FECHA DE VENCIMIENTO - DATE OF EXPIRY
28 JUN 2007

FIRMA DEL TITULAR / HOLDER'S SIGNATURE



P<PERHURTADO<HURTADO<<TELMO<RICARDO<<<<<<<<<
2489877<<7PER6107129M0706287<<<<<<<<<<<<<<08


