VISAS

VISAS

VISAS

VISAS



VISAS

VISAS

Case 1:08-mc-22414-UNA   Document 35-1   Entered on FLSD Docket 05/07/2009   Page 4 of 5

VISAS

VISAS