VISAS

VISAS





32

**ADVERTENCIA**

Este Pasaporte contiene 32 páginas numeradas. Para que sea válido deberá estar vigente y llevar la firma del Director de Pasaportes o del funcionario autorizado si se expide en Lima o de quien haga sus veces en Provincias o la del funcionario diplomático o consular que corresponda si se expide en el extranjero.

Se prohibe alterar o mutilar en forma alguna este documento; la contravención a esta advertencia dará lugar a la caducidad del mismo y a las sanciones penales que la legislación peruana contempla. Sólo las autoridades migratorias del Perú y las autoridades de otras naciones extranjeras podrán estampar sellos o hacer anotaciones relacionadas con el uso de este documento CUALQUIER CONTRAVENCION A ESTAS DISPOSICIONES PRODUCIRA SU NULIDAD.

Este Pasaporte debe ser conservado en lugar seguro por el titular, quien debe ANOTAR EL NUMERO Y FECHA DE EXPEDICION.

En caso de pérdida, destrucción o robo, debe notificarse de inmediato a la policía de la localidad, y en el extranjero al Consulado del Perú más próximo, siendo requisito para la obtención de un nuevo pasaporte la constancia de la denuncia respectiva, con indicación del número de pasaporte y la fecha de expedición.


