I-94 Departure Record (rotated, sideways on page):

- Número de salida: 17045763209
- Servicio de Inmigración y Naturalización
- I-94 Registro de Salida
- 14. Apellido: HURTADO
- 15. Nombre: TELMO
- 17. Ciudadanía: PERUANA
- 16. Fecha de nacimiento (día/mes/año): 1,2,10,7,1961
- U.S. IMMIGRATION ADMITTED 060 3214
- DEC 2 8 2002
- CLASS UNTIL: [signature] 2003

*(Rotated departure record card, sideways on page)*

**STAPLE HERE**

Port: _____
Date: _____

**Record of Changes**

**Departure Record**

Vea al reverso

Aviso: Si una persona no inmigrante acepta empleo sin autorización está sujeta a deportación.

Importante: Guarde este permiso en su poder, lo debe presentar al salir de los E.U.A. El no hacerlo podrá demorar su entrada en el futuro a los E.U.A. Usted está autorizado a permanecer en los E.U.A. solamente hasta la fecha indicada en este formulario. Si permanece en los E.U.A. sin permiso de las autoridades de inmigración después de esta fecha estará violando las leyes.

Presente este permiso al salir de los Estados Unidos a:
- la línea de transporte marítimo o aéreo,
- un oficial canadiense, al cruzar la frontera con el Canadá,
- un oficial estadounidense, al cruzar la frontera con Méjico.

Los estudiantes que planean volver a entrar a los E.U.A. dentro de los 30 días siguientes a la fecha de salida para regresar a la misma institución educativa, deben ver la sección de "Entrada-Salida" en la página 2 del formulario I-20, antes de entregar este permiso.

**U.S. Department of State**
**SOLICITUD DE VISA DE NO INMIGRANTE**

Aprobado OMB 1405-0018
Vence 31/8/2004
Tiempo estimado 1 hora
Ver página 2

POR FAVOR ESCRIBA SUS RESPUESTAS A MÁQUINA O CON LETRA DE IMPRENTA EN LOS ESPACIOS EN BLANCO DEBAJO DE CADA PUNTO

1. APELLIDOS (Como figuran en el pasaporte): HURTADO HURTADO
2. PRIMER Y SEGUNDO NOMBRES (Como figuran en el pasaporte): TELMO RICARDO
3. OTROS APELLIDOS UTILIZADOS (de soltera, etc.): NINGUNO
4. OTROS NOMBRES UTILIZADOS (religiosos, profesionales, áliases, etc.): NINGUNO
5. FECHA DE NACIMIENTO (día, mes, año): 12 JULIO 1961
6. NO. DE PASAPORTE: 2489877
7. LUGAR DE NACIMIENTO — País: PERU; Ciudad: BELLAVISTA; Estado/Provincia: CALLAO
8. NACIONALIDAD: PERUANA
9. SEXO: ☒ Masculino ☐ Femenino
10. NO. DE IDENTIFICACIÓN NACIONAL O CÉDULA: A1767766
11. ESTADO CIVIL: ☐ Casado/a ☒ Soltero/a ☐ Separado/a ☐ Divorciado/a ☐ Viudo/a
12. DIRECCIÓN DE SU DOMICILIO: Jr. GRAU 439 Dpto "O" BELLAVISTA Callao, Callao 2 Peru
13. NO. DE TELÉFONO DE SU DOMICILIO: 7467719
14. DIRECCIÓN ELECTRÓNICA (E-mail): Rtelmo40@hotmail.com
15. OCUPACIÓN ACTUAL: EMPRESARIO - TITULAR GERENTE
16. NOMBRE Y DIRECCIÓN DE SU EMPLEADOR ACTUAL: Art-Apu-Systems E.I.R.L Jr. Grau 439 Dpto "O" Bellavista - Callao
17. NO. DE TELÉFONO DE SU TRABAJO: 4646131
18. NÚMERO DE FAX DE SU TRABAJO: 4646131
19. ¿CUÁL ES EL MOTIVO DE SU VIAJE?: TURISMO
20. ¿CUÁL SERÁ SU DIRECCIÓN EN LOS E.E.U.U.?: THE CLAY HOTEL 1438 WASHINTONG AVE. MIAMI BEACH, FL 33139 Tel 305 5342988
21. ¿CUÁNDO PLANEA VIAJAR A LOS E.E.U.U.?: 17 ENERO 2003
22. ¿CUÁNTO TIEMPO PLANEA PERMANECER EN LOS E.E.U.U.?: DOCE DIAS
23. ¿QUIÉN CUBRIRÁ LOS GASTOS DE SU VIAJE?: SUSCRITO
24. NOMBRES Y PARENTESCO DE LAS PERSONAS QUE VIAJARÁN CON UD.: VIAJO SOLO

NO ESCRIBA EN ESTE ESPACIO
B-1/B-2 MAX   B-1 MAX   B-2 MAX
OTHER _____ MAX
Visa Classification
MULT OR _____ Number of Applications   MONTHS _____ Validity
ISSUED/REFUSED
ON 3 DIC. 2002   BY _____
UNDER SEC.   214(b)   221(g)
OTHER _____ INA
REFUSAL REVIEWED BY _____

25. ¿TIENE INTENCIÓN DE TRABAJAR EN LOS E.E.U.U.? ☐ Si ☒ No
26. ¿TIENE INTENCIÓN DE ESTUDIAR EN LOS E.E.U.U.? ☐ Si ☒ No
27. ¿HA VISITADO LOS E.E.U.U. ALGUNA VEZ? ☐ Si ☒ No
¿CUÁNDO?
¿POR CUÁNTO TIEMPO?

GOVERNMENT EXHIBIT
CASE NO. 08-22414-MC-JOS
EXHIBIT NO. 9



LLENE TODAS LAS PREGUNTAS AL DORSO DEL FORMULARIO

07/24/2008 10:57 FAX 51+1    )5101        US EMBASSY                                    ☒003

28. ¿ALGUNA VEZ LE HAN APROBADO UNA VISA ESTADOUNIDENSE?    29. ¿ALGUNA VEZ LE HAN N... ...O UNA VISA ESTADOUNIDENSE?
☐ SI   ☒ No                                                                                   ☐ SI   ☒ No

¿CUÁNDO? _____  ¿QUÉ CLASE DE VISA? _____    ¿CUÁNDO? _____    _____ ¿QUÉ CLASE DE VISA? _____
¿DÓNDE? _____                                  ¿DÓNDE? _____

30. ¿ALGUNA VEZ LE HAN CANCELADO O REVOCADO UNA VISA    31. ¿ALGUNA VEZ HA SOME...   ALGUIEN UNA PETICIÓN DE VISA DE RESIDENCIA
ESTADOUNIDENSE?                                         EN SU NOMBRE?
☐ SI   ☒ No                                                                                   ☐ SI   ☒ No

¿CUÁNDO? _____
¿DÓNDE? _____

32. DE LAS SIGUIENTES PERSONAS ¿SE ENCUENTRA ALGUNA EN LOS E.E.U.U. O TIENE ALGUNA RESID... ...ESTADOUNIDENSE O CIUDADANÍA
ESTADOUNIDENSE? Marque SÍ o NO en la casilla, e indique la condición de esa persona en los E.E.U.U. (as de   ...idente legal permanente, ciudadano estadounidense,
visita, estudiante, trabajador, etc.)

☐ SI  ☒ No  Esposo/ _____     ☐ SI  ☒ No  Novio/ _____    ...rmano/ _____
            Esposa                         Novia            Hermana  ☐ SI   ☒ No
☐ SI  ☒ No  Padre/ _____     ☐ SI  ☒ No  Hijo/ _____
            Madre                          Hija

33. IMPORTANTE: TODOS LOS SOLICITANTES DEBEN LEER Y MARCAR LA CASILLA QUE CORRESPONDE A... ...A PUNTO:

No podrán recibir una visa las personas pertenecientes a una de las categorías específicas que por ley prohíben su en...    en los E.E.U.U. (excepto cuando se obtenga una
exoneración con antelación). ¿Se le pueden aplicar cualquiera de esas categorías?

- ¿Alguna vez ha sido detenido o condenado por cualquier delito, aun cuando le hayan perdonado, le hayan concedi...  ...nistía, o haya sido objeto de otra   ☐ SI  ☒ No
  acción jurídica parecida? ¿Alguna vez ha distribuido o vendido ilícitamente una sustancia controlada (droga) o se h...  ...stituido o ha sido proxeneta?

- ¿Alguna vez le han negado la entrada a los E.E.U.U., ha sido objeto de una audiencia de deportación, o ha tratad...  ...btener o ha ayudado a otros a    ☐ SI  ☒ No
  obtener una visa, la entrada en los E.E.U.U., o cualquier otro beneficio de inmigración estadounidense mediante fra...  ...falsificación intencional u otros
  medios ilícitos? ¿Alguna vez ha asistido a una escuela pública estadounidense de enseñanza primaria con la conc...  ...de estudiante (F), o una escuela
  pública de enseñanza secundaria, después del 30 de noviembre de 1996 sin reembolsar a la escuela?

- ¿Ha tratado de entrar en los E.E.U.U. para dedicarse a infracciones del control de exportaciones, actividades terror...  ...o subversivas, o con cualquier   ☐ SI  ☒ No
  otro propósito ilícito? ¿Es Ud. miembro o representante de una organización terrorista según la designación actual...  ...ecretario de Estado de los
  E.E.U.U.? ¿Alguna vez ha participado en persecuciones dirigidas por el gobierno Nazi de Alemania, o alguna vez l...  ...rticipado en un genocidio?

- ¿Alguna vez ha infringido las condiciones de una visa estadounidense, ha estado ilícitamente en los E.E.U.U., o ha...  ...deportado de este país?           ☐ SI  ☒ No

- ¿Alguna vez le ha quitado la custodia de un menor de edad y ciudadano estadounidense fuera de los E.E.U.U. a u...  ...rsona a la que un tribunal        ☐ SI  ☒ No
  estadounidense le ha otorgado la custodia legal, ha votado en los E.E.U.U. en contravención de cualquier ley o reg...  ...to, o ha renunciado a la
  ciudadanía estadounidense con el propósito de evitar el pago de impuestos?

- ¿Alguna vez ha sufrido una enfermedad contagiosa de importancia para la salud pública o de un trastorno físico o...  ...l peligroso, ha usado drogas      ☐ SI  ☒ No
  indebidamente, o ha sido drogadicto?

Si responde con un Sí no le incapacita automáticamente para obtener una visa, pero si ha respondido Sí a cualquiera...  ...s preguntas anteriores, o si tiene alguna duda al
respecto, se recomienda que venga personalmente a esta oficina. Si por el momento no puede venir, adjunte a esta c...  ...ud una declaración de los hechos relacionados con su
caso.

34. ¿ESTA SOLICITUD HA SIDO LLENADA POR OTRA PERSONA EN SU NOMBRE?    ☐ SI  ☒ ...
    (En caso de una respuesta afirmativa, esa persona debe proporcionar la información solicitada en el punto 35

35. LA SOLICITUD HA SIDO LLENADA POR:   NOMBRE: _____

                                        DIRECCIÓN: _____

                                        Relación con el solicitante: _____

Firma de la persona que llenó el formulario: _____                                    FECHA (mes/día/año)

36. Certifico que he leído y entendido todas las preguntas que figuran en esta solicitud y que las respuestas que he...  ...on este formulario son correctas a mi mejor saber y
entender. Tengo entendido que cualquier declaración falsa o engañosa puede dar como resultado la denegació...  ...manente de una visa o de mi entrada en los Estados
Unidos. Tengo entendido que la posesión de una visa no garantiza al portador el derecho a entrar en los Estad...  ...dos de América al llegar a un puerto de este país si se
decide que no tiene ese derecho.

FIRMA DEL SOLICITANTE _____ [signature]                                                 FECHA (mes, día, año) 06·02, 2002

                        Comunicados Relativos a la Ley de Privacidad y la Ley de Reducci...   ...Papeleo

La Sección 222(f) de la Ley de Inmigración y Naturalización (INA) dispone que los registros de emisión y denegación...  ...as deberán considerarse confidenciales y usarse sólo
para la formulación, enmienda, administración o cumplimiento de las leyes de inmigración, ciudadanía y otras de los E...  ...U. A los tribunales que certifiquen que la información
que figura en ellos es requerida para un caso pendiente ante el tribunal, se les puede suministrar copias certificadas...  ...n registros de visas.

Se estima que el tiempo necesario para rellenar este formulario es de una hora por formulario, cálculo que incluye el...  ...o requerido para la búsqueda de fuentes de datos
existentes, la presentación de los datos adjuntos, y la revisión final de la información del formulario. Usted no está ob...  ...n a entregar la información a menos que figure en este
formulario un número actualizado de la OMB. Envíe comentarios sobre la exactitud de este cálculo de tiempo, así co...  ...comendaciones para reducir el tiempo necesario a: U.S.
Department of State, A/RPS/DIR, Washington, DC 20520-1849.

07/25/2006 14:15 FAX  2122  922      DHS-CIS-NYC-INTERPR   S                    ☑003/006



## U.S. Department of State
## NONIMMIGRANT VISA APPLICATION

Approved OMB 1405-0018
Expires 08/31/2004
Estimated Burden 1 hour
See Page 2

PLEASE TYPE OR PRINT YOUR ANSWERS IN THE SPACE PROVIDED BELOW EACH ITEM

**1. SURNAMES (As in Passport)**
HURTADO HURTADO

**2. FIRST AND MIDDLE NAMES (As in Passport)**
TELMO RICARDO

**3. OTHER SURNAMES USED (Maiden, Religious, Professional, Aliases)**
NONE

**4. OTHER FIRST AND MIDDLE NAMES USED**
NONE

**5. DATE OF BIRTH (mm-dd-yy)**
JULY 12 1961

**6. PASSPORT NUMBER**
248977

**7. PLACE OF BIRTH**
Country: PERU
City: BELLAVISTA
State/Province: CALLAO

**8. NATIONALITY**
PERUVIAN

**9. SEX** ☒ Male ☐ Female

**10. NATIONAL IDENTIFICATION NUMBER**
41767766C

**11. MARITAL STATUS**
☐ Married ☒ Single (Never Married) ☐ Widowed ☐ Divorced ☐ Separated

**12. HOME ADDRESS** (Include apartment number, street, city, state or province, postal zone, and country)
JR. GRAU 439 DPTO "O"
BELLAVISTA CALLAO, CALLAO 2 PERU

**13. HOME TELEPHONE NUMBER**
7467719

**14. E-MAIL ADDRESS**
RTELMO40@HOTMAIL.COM

**15. PRESENT OCCUPATION** (If retired, write "retired")
BUSINESSMAN - GENERAL MANAGER

**16. NAME AND STREET ADDRESS OF PRESENT EMPLOYER OR SCHOOL** (Postal box number unacceptable)
ART-APU-SYSTEMS E.I.R.L
JR GRAU 439 DPTO "O" BELLAVISTA-CALLAO

**17. BUSINESS TELEPHONE NUMBER**
4646131

**18. BUSINESS FAX NUMBER**
4646131

**19. WHAT IS THE PURPOSE OF YOUR TRIP?**
TOURISM

**20. AT WHAT ADDRESS WILL YOU STAY IN THE U.S.?**
THE CLAY HOTEL 1438 WASHINGTON AVE
MIAMI BEACH, FL 33139 TEL: 305-534-2988

**21. WHEN DO YOU INTEND TO ARRIVE IN THE U.S.?**
JANUARY 17 2003

**22. HOW LONG DO YOU INTEND TO STAY IN THE U.S.?**
12 DAYS

**23. WHO WILL PAY FOR YOUR TRIP?**
MYSELF

**24. NAMES AND RELATIONSHIPS OF PERSONS TRAVELING WITH YOU**
(NOTE: A separate application for a visa must be made for each traveler, regardless of age.)
I TRAVEL ALONE

---

**DO NOT WRITE IN THIS SPACE**

B-1/B-2 MAX ____  B-1 MAX ____  B-2 MAX ____
OTHER ____ MAX ____
Visa Classification ____
MULT OR ____
Number of Applications ____
MONTHS ____
Validity ____
ISSUED/REFUSED ON 3 C, 2002 BY ____
UNDER SEC. 214(b) 221(g)
OTHER ____ INA
REFUSAL REVIEWED BY ____

**25. DO YOU INTEND TO WORK IN THE U.S.?**
☐ YES ☒ NO
If YES, give name and complete address of U.S. employer.

**26. DO YOU INTEND TO STUDY IN THE U.S.?**
☐ YES ☒ NO
If YES, give name and complete address of school.

**27. HAVE YOU EVER BEEN IN THE U.S.?**
☐ YES ☒ NO
WHEN? ____
FOR HOW LONG? ____

**DO NOT WRITE IN THIS SPACE**

37 mm x 37 mm
PHOTO
staple or glue photo here

---

DS-156
06-2001

PREVIOUS EDITIONS OBSOLETE

Page 1 of 2