VISAS

VISAS

19

VISAS

18

VISAS





VISAS

VISAS

VISAS

VISAS